**87-199.** Bd. of Commrs. of Stark Cty. v. Canton. *Franklin County,* No. 86AP-956. On motion for rehearing. Rehearing denied.

**87-770.** State, ex rel. Fox, v. Cuyahoga Cty. Pub. Hosp. Sys. In Mandamus. Reported at 39 Ohio St. 3d 108, 529 N.E. 2d 443. On motions for rehearing and for clarification. Motions denied.

Sweeney and Douglas, JJ., dissent.

**87-1617.** State v. Kolasa. *Cuyahoga County,* No. 51158. Reported at 37 Ohio St. 3d 715, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

**88-866.** State v. Burton. *Franklin County,* No. 87AP-864. Reported at 39 Ohio St. 3d 702, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

**88-952.** Woodfork v. Russell. *Allen County,* No. 1-88-26. Reported at 39 Ohio St. 3d 138, 529 N.E. 2d 928. On motion for rehearing. Rehearing denied.

**88-1114.** State v. Balaban. *Lake County,* No. 12-013. Reported at 39 Ohio St. 3d 707, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

Locher, J., dissents.

**88-1189.** Ketchel v. Bainbridge Twp. *Geauga County,* No. 1330. Reported at 39 Ohio St. 3d 707, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

Locher, Wright and H. Brown, JJ., dissent.

**88-1373.** Senediak v. Senediak. *Mahoning County,* No. 86 C.A. 168. Reported at 39 Ohio St. 3d 703, ___ N.E. 2d ___. On amended motion for rehearing. Rehearing denied.

Locher, J., dissents.

**88-1391.** Kimball v. Akron General Medical Ctr. *Summit County,* No. 13358. Reported at 39 Ohio St. 3d 711, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

Moyer, C.J., dissents.

**88-1429.** Lowery v. Lowery. *Sandusky County,* No. S-87-49. Reported at 39 Ohio St. 3d 712, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

**88-1460.** Shively v. Jeep Corp. *Lucas County,* No. L-87-321. Reported at 39 Ohio St. 3d 712, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

**88-1485.** Certified Registered Nurse Anesthetists, Inc. v. Anesthesia Group Practice. *Hamilton County,* No. C-870695. Reported at 39 Ohio St. 3d 712, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

Moyer, C.J., Locher and Douglas, JJ., dissent.

**88-1638.** State v. Mark. *Jefferson County,* No. 87-J-14. Reported at 39 Ohio St. 3d 711, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.